



FILED
FEB 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1300 Victoria, Ste., 1131
Laredo, Texas 78040

United States District Court
Edward J. Schwartz Federal Building
Suite 4290
880 Front Street
San Diego, CA  92101

January 31, 2008

Re: **ALBERTO ALLAN-SELVIN**
5:02-CR-998-001
Laredo Division

**TRANSFER OF JURISDICTION**

Dear Clerk,

Enclosed for probation transfer are certified copies of the following:

> INDICTMENT
> JUDGMENT
> TRANSFER OF JURISDICTION
> FINANCIAL STATEMENT
> DOCKET SHEET

Please complete the receipt below and return the copy of this letter.

Very truly yours,

MICHAEL N. MILBY, CLERK

By: _____
Norma Ortiz, Deputy Clerk

'08 CR 7008 IEG

Received and filed under Docket No._____on_____, 2008.

CLERK, U. S. DISTRICT COURT, By:_____

| PROB 22 (Rev. 8/97) | | | DOCKET NUMBER *(Tran. Court)* 5:02CR00998-001 |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* '08 CR 7008 IEG |

FILED 08 JAN 29 AM 8:54 U.S. COURTS SOUTHERN DISTRICT TEXAS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Alberto Allan-Selvin A.K.A.: Selvin Alberto Allen California | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/15/2005   TO 04/14/2008 |

OFFENSE

Re-Entry of a Deported Alien, in violation of Title 8 U.S.C. §§1326 (a) and 1326 (b)(1).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS/Laredo Division.

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Southern District of California on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

1/4/08
Date

George P. Kazen
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA/San Diego Division.

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

1/17/08
Effective Date

United States District Judge

23.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
JUL 1 6 2002 BM
Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | **L-02-0998** |
| ALBERTO ALLAN-SELVIN | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about June 19, 2002, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**ALBERTO ALLAN-SELVIN,**

an alien who has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and subsequent to a conviction for commission of a felony (other than an aggravated felony), and not having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, was thereafter found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: _____
DIANA SALDAÑA
Assistant United States Attorney

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
_____
Deputy Clerk

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas
FILED
DEC 2 0 2002
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
DEC 2 4 2002
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

UNITED STATES OF AMERICA
v.
**ALBERTO ALLAN-SELVIN**
A/K/A

☒ See Additional Aliases sheet.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **5:02CR00998-001**

MARISSA PEREZ-GARCIA, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    ONE ON 10/16/2002
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. §§ 1326(a) and 1326(b)(1) | RE-ENTRY OF A DEPORTED ALIEN | 06/19/02 | ONE |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: NONE
Defendant's Date of Birth: 12/17/1977
Defendant's USM No.: 18697-179
Defendant's Residence Address:
WEST 98 VERMONT
LOS ANGELES, CALIFORNIA 90044

Defendant's Mailing Address:
WEST 98 VERMONT
LOS ANGELES, CALIFORNIA 90044

12/19/2002
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

**GEORGE P. KAZEN**
**CHIEF UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

12/20/02
Date

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
Deputy Clerk

RNC/car

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
          Sheet 1 -- Continued -- Aliases

Judgment -- Page 2 of 7

DEFENDANT: ALLAN-SELVIN, ALBERTO
CASE NUMBER: 5:02CR00998-001

# ADDITIONAL ALIASES

The Court notes the following alias(es) are manifested on the defendant's indictment:

ALEN, SELVIN COOZ
COOZ, SELVIN ALLEN
GARCIA, ALBERTO
GARCIA, VICK
JESUS, PETER
SELVIN, ALBERTO
DUKES, LYNWOOD
GARCIA, ALBERTO WILSON
"KILLER"
ALLEN, ALBERTO
WILSON, ALBERTO
GARCIA, RAYMOND
GARCIA SMOKEY
VICK, RAYMOND
ALLEN, SELVIN COOZ
VICK, RAYMOND T
"BOSS OF THE MAFIA"

AO 245B       (Rev. 3/01) Judgment in a Criminal Case
              Sheet 2 -- Imprisonment

Judgment -- Page 3 of 7

DEFENDANT: ALLAN-SELVIN, ALBERTO
CASE NUMBER: 5:02CR00998-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____38 months._____

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 pm on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
         Sheet 3 – Supervised Release

Judgment -- Page 4 of 7

DEFENDANT: ALLAN-SELVIN, ALBERTO
CASE NUMBER: 5:02CR00998-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __3 year(s).__

☐ See Additional Supervised Released Terms Sheet.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☐ See Additional Mandatory Conditions Sheet

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
         Sheet 3 — Continued 2 -- Supervised Release

Judgment -- Page 5 of 7

DEFENDANT: ALLAN-SELVIN, ALBERTO
CASE NUMBER: 5:02CR00998-001

# SPECIAL CONDITIONS OF SUPERVISION

If deported, the defendant is not to re-enter the United States illegally. If the defendant is deported during the period of probation or the supervised release term, supervision by the probation office becomes inactive. If the defendant returns, the defendant shall report to the nearest U.S. Probation Office immediately. Supervision by the probation officer reactivates automatically upon the defendant's reporting.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 5, Part A -- Criminal Monetary Penalties

Judgment -- Page 6 of 7

DEFENDANT: ALLAN-SELVIN, ALBERTO
CASE NUMBER: 5:02CR00998-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $ 100.00   | $    | $           |

☐ See Additional Terms for Criminal Monetary Penalties Sheet.

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|-----------------------|-------------------------------|-----------------------------------------|
|               |                       |                               |                                         |

☐ See Additional Restitution Payees Sheet.

| TOTALS |  | $0.00 | $0.00 |
|--------|--|-------|-------|

☐ If applicable, restitution amount ordered pursuant to plea agreement $_____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

  ☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part B -- Criminal Monetary Penalties

Judgment -- Page 7 of 7

DEFENDANT: ALLAN-SELVIN, ALBERTO
CASE NUMBER: 5:02CR00998-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒  Lump sum payment of $ __100.00__ due immediately, balance due
   ☐ not later than _____, and/or
   ☒ in accordance with ☐C, ☐ D, and/or ☒ E, below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☒  Special instructions regarding the payment of criminal monetary penalties:
   Make all payments payable to: U.S. District Clerk, P.O. Box 597, Laredo, TX 78042-0597

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

☐ See Additional Defendants Held Joint and Several sheet.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:02-cr-00998 All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Allan | Date Filed: 07/16/2002 |
| Magistrate judge case number: 5:02-mj-02290 | Date Terminated: 12/19/2002 |

Assigned to: Judge George P. Kazen

### Defendant

**Selvin Alberto Allan (1)**
*TERMINATED: 12/19/2002*

represented by **Federal Public Defender**
P. O. Box 1562
Laredo, TX 78042-1562
Fax: INS_lfpd
*TERMINATED: 12/19/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

Ct 1: 8:1326A.F Illegal entry after deportation. Penalty: 0 to 10 yrs and/or $250,000 fine; $100 cvf; not more than 3 yrs tsr.
(1)

### Disposition

SENTENCE: 38 mos to serve; 3 yrs tsr; fine waived; $100 cvf; 10 days to appeal; dft remanded to custody

### Highest Offense Level (Opening)

Felony

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
Deputy Clerk

### Terminated Counts

None

### Disposition

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA  represented by  **Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040
956-726-2915 fax
Fax: 956-726-2915 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Diana Saldana**
U S Attorney's Office

PO Box 1179
Laredo, TX 78042-1179
956-794-2114
Fax: 956-726-2266 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2002 | | ARREST of Selvin Alberto Allan (DOB: 12/17/77) [ 5:02-m -2290 ] (rmoncivais) (Entered: 06/26/2002) |
| 06/20/2002 | | COMPLAINT as to Selvin Alberto Allan , filed. [ 5:02-m -2290 ] (rmoncivais) (Entered: 06/26/2002) |
| 06/20/2002 | | AO 257 Information Sheet as to Selvin Alberto Allan , filed. [ 5:02-m -2290 ] (rmoncivais) (Entered: 06/26/2002) |
| 06/20/2002 | | Initial appearance as to Selvin Alberto Allan held before Magistrate Judge Adriana Arce-Flores; Deft requested atty; FPD, apptd; Bond set: $75,000.00 c/s; Remanded to custody ; Preliminary Examination set for 11:00 6/27/02 for Selvin Alberto Allan Ct Reporter: S. Medellin, ERO Interpreter: ERO App: R. Nava, BP Agent, J. Smith, AUSA, J. Durham, PSO (Defendant informed of rights.) , filed. [ 5:02-m -2290 ] (rmoncivais) (Entered: 06/26/2002) |
| 06/20/2002 | | CJA 23 FINANCIAL AFFIDAVIT by Selvin Alberto Allan , filed. [ 5:02-m -2290 ] (rmoncivais) (Entered: 06/26/2002) |
| 06/20/2002 | | ORDER Appointing Federal Public Defender for Selvin Alberto Allan . Attorney Federal Public Defender added. ( Appointed by Magistrate Judge Adriana Arce-Flores ), entered. [ 5:02-m -2290 ] (rmoncivais) (Entered: 06/26/2002) |
| 06/20/2002 | | Waiver of Preliminary Examination or Hearing by Selvin Alberto Allan , filed. [ 5:02-m -2290 ] (rmoncivais) (Entered: 06/26/2002) |
| 07/16/2002 | 1 | INDICTMENT as to Selvin Alberto Allan (1) count(s) 1, filed. (dflores) (Entered: 07/24/2002) |
| 07/16/2002 | | (Court only) **Added Government Attorney Diana Saldana (dflores) (Entered: 07/24/2002) |
| 07/16/2002 | | (Court only) **Added Pretrial Services, Financial Litigation Unit and Probation (dflores) (Entered: 07/24/2002) |

| | | |
|---|---|---|
| 07/16/2002 | 2 | NOTICE of Setting : Set Arraignment for 8:00 7/25/02 for Selvin Alberto Allan before Magistrate Judge Marcel C. Notzon , filed. Parties ntfd. (dflores) (Entered: 07/24/2002) |
| 07/25/2002 | 3 | Arraignment held before Magistrate Judge Marcel C. Notzon Ct Reporter: J Tovar/ERO; Tape Number: 1; Interpreter: none; App: R Magness f/gvt; M Perez-Garcia f/dft, filed. Plea of Not Guilty: Selvin Alberto Allan (1) count(s) 1 m/d 08/05/02 @ 10:00; fptc 09/18/02 @ 9:00; j/s 09/20/02 @ 1:30; dft remanded to custody. (dflores) (Entered: 07/31/2002) |
| 07/25/2002 | 4 | SCHEDULING ORDER setting Motion Filing deadline on 10:00 8/5/02 for Selvin Alberto Allan; Final Pretrial Conference for 9:00 9/18/02; Jury Selection for 1:30 9/20/02 before Chief Judge George P. Kazen, entered. Parties ntfd. (dflores) (Entered: 07/31/2002) |
| 09/16/2002 | 5 | Agreed MOTION by Selvin Alberto Allan for continuance , filed. (dflores) (Entered: 09/17/2002) |
| 09/20/2002 | 6 | Final Pre-trial conference as to Selvin Alberto Allan held before Chief Judge George P. Kazen; Final Pretrial Conference continued for 9:00 10/16/02 for Selvin Alberto Allan; Ct Reporter: L Verdin; App: D Saldana f/gvt; M Perez-Garcia f/dft, filed. AFPD announces a mental examination has been requested. Dft remanded to custody. (dflores) (Entered: 09/23/2002) |
| 09/20/2002 | 7 | ORDER granting dfts [5-1] motion for continuance as to Selvin Alberto Allan (1) Set final pretrial conference for 9:00 10/16/02 for Selvin Alberto Allan before Chief Judge George P. Kazen ( Signed by Chief Judge George P. Kazen ), entered. Parties ntfd. (dflores) (Entered: 09/23/2002) |
| 10/16/2002 | 8 | Re-Arraignment held before Chief Judge George P. Kazen Ct Reporter: L Verdin; Interpreter: B Zapata; App: M Marmolejo f/gvt; M Perez-Garcia f/dft, filed. Plea of Guilty: Selvin Alberto Allan (1) count(s) 1 (Terminated motions - ) Oral plea of guilty; order for psi, due 11/20/02; dft remanded to custody. (dflores) (Entered: 10/17/2002) |
| 10/16/2002 | 9 | ORDER for Disclosure of PSI , PSI completion by 11/20/02 for Selvin Alberto Allan before Chief Judge George P. Kazen, entered. Parties ntfd. (dflores) (Entered: 10/17/2002) |
| 12/10/2002 | 10 | FINAL PRESENTENCE INVESTIGATION REPORT |

|  |  |  |
|---|---|---|
|  |  | (Sealed) as to Selvin Alberto Allan, no objections, filed. (dflores) (Entered: 12/12/2002) |
| 12/10/2002 | 11 | SEALED Confidential Sentencing Recommendation regarding Selvin Alberto Allan to the Court, filed and placed in vault. (dflores) (Entered: 12/12/2002) |
| 12/19/2002 | 12 | Sentencing held before Chief Judge George P. Kazen Ct Reporter: L Verdin; Interpreter: none; App: A Guardiola f/gvt; M Perez-Garcia f/dft Selvin Alberto Allan (1) count(s) 1. SENTENCE: 38 mos to serve; 3 yrs tsr; fine waived; $100 cvf; 10 days to appeal; dft remanded to custody, filed. US Probation Officer: Rick Chapa. (dflores) (Entered: 12/24/2002) |
| 12/19/2002 | 13 | Notice of Non-Appeal by Selvin Alberto Allan, filed. (dflores) (Entered: 12/24/2002) |
| 12/19/2002 |  | (Court only) **Case closed as to all defendants: Selvin Alberto Allan (dflores) (Entered: 12/24/2002) |
| 12/20/2002 | 14 | JUDGMENT as to , Selvin Alberto Allan (1) count(s) 1 ( Signed by Chief Judge George P. Kazen ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the appropriate defense counsel, the AUSA, and the US Marshal. (dflores) (Entered: 12/24/2002) |
| 01/26/2006 | 15 | PROBATION FORM 12C Petition for Warrant or Summons for Offender Under Supervision as to Selvin Alberto Allan. Court Orders the issuance of a supervised release violator's warrant and NO BOND SET. ( Signed by Judge George P. Kazen ). Parties notified. (mmarquez,) (Entered: 01/27/2006) |
| 01/27/2006 |  | (Court only) Supervised Release Violator's Warrant Issued by Judge George P. Kazen in case as to Selvin Alberto Allan, filed. (mmarquez) (Entered: 01/27/2006) |
| 05/30/2006 | 16 | TRANSCRIPT filed in case as to Selvin Alberto Allan Rearraignment held on 10/16/2002 before Judge George P. Kazen. Court Reporter: Leticia Verdin , filed. (Attachments: # 1 Continuation) (gsalinas, ) Modified on 6/5/2006 (gsalinas, ). (Entered: 06/05/2006) |
| 01/29/2008 | 17 | Probation Jurisdiction Transferred to the Southern District of California, San Diego Division as to Selvin Alberto Allan., filed. Transfer of Jurisdiction form mailed with certified copies of Indictment, Judgment, Financial Statement and Docket |

|  |  | Sheet.(nortiz) (Entered: 01/31/2008) |
|---|---|---|

```
RUN ON 01/31/08                    FEDERAL COURT SYSTEMS                           PAGE: 1
                                 SOUTHERN DISTRICT OF TX
                                   CASE INQUIRY REPORT
*********************************************************************************************

CASE NO: 5:02-CR-998-01      TITLE: USA VS ALBERTO ALLAN-SELVIN

*********************************************************************************************

DEFENDANT #              ORDERED AMOUNT    AMOUNT PAID    BALANCE DUE    ACCOUNT    PAYMENT TYPE
ALBERTO ALLAN-SELVIN         100.00          100.00          0.00         504100    SPECIAL ASSESSMENT
                             ------          ------          ----
                             100.00          100.00          0.00

TRANSACTION   RECEIPT/      RECEIPT/     INCREASE/      TYPE OF     ACCOUNT    DEFENDANT           OTHER
              VOUCHER       VOUCHER      (DECREASE)    TRANS-       NUMBER     PAYEE/BANK
              NUMBER        DATE         CASE BAL      ACTION                  NUMBER

RECEIVED      4040664020O   01/01/04     25.00         CH           504100     1                   25.00
RECEIVED      4040699690I   04/03/04     25.00         CH           504100     1                   25.00
RECEIVED      4040786280I   08/01/04     25.00         CH           504100     1                   25.00
RECEIVED      4040819700I   10/16/04     25.00         CH           504100     1                   25.00

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                                    100.00

BALANCE IN U.S. TREASURY:                                                      U.S.        COMMERCIAL
CASE DEPOSITORY MAINT. BALANCE :                                               TREASURY    BANKS
                                                                               0.00        0.00
BALANCE IN COMMERCIAL BANKS:
CASE DEPOSITORY MAINT. BALANCE :                                               0.00        0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                              100.00


TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800      AJ: ADJUSTMENT       BV: BANK VOUCHER     CH: CASH
BD: DIRECT BANK DEPOSIT    BT: BANK TRANSFER    CC: CREDIT CARD      CR: CASE REFUND
CK: CHECK                  CL: COLLATERAL       CN: CONVERSION       FF: FORFEITURE
CV: CASE VOUCHER           DW: DIRECT WITHDRAWL DV: DEBIT VOUCHER    VD: VOID
I : INTEREST               MO: MONEY ORDER      TR: TRANSFER
```

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
Deputy Clerk