1 | BRIAN P. FUNK ESQ.
CSB NO. 110462
2 | 964 Fifth Avenue #214
San Diego, CA 92101
3 | (619) 233-4076

4 | Attorney for Defendant,

**FILED**

AUG 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AKR DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>SELVIN ALBERTO ALLEN  )<br>  )<br>Defendant.  )<br>_____) | Crim No. 08CR 7008-H<br><br>**MOTION**<br>**FOR NEW COUNSEL**<br>**ON APPEAL** |

Comes now Brian P. Funk, attorney of record who declares as follows:

1. I was Mr. Allens' attorney for trial. I have been instructed to file an appeal as to all issues.

2. Mr. Allen is contending ineffective assistance of Counsel as to this case and all of his other cases.

3. I therefore have an actual conflict and must ask for new Counsel to be appointed

I declare under penalty of perjury the foregoing is ture.

August 15, 2008      S/a Brian P. Funk