FILED
SEP 09 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AKR DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

ALBERTO ALLAN-SELVIN,

Defendant-Appellant.

Civil No. Southern District No. 08cr7008-H-1

Ninth Circuit No. 08-50363

**ORDER APPOINTING COUNSEL**

On September 5, 2008, the Ninth Circuit ordered Magistrate Judge Louisa S Porter to locate counsel for Defendant-Appellant ALBERTO ALLAN-SELVIN. Therefore, **IT IS HEREBY ORDERED**:

1. **Jami L. Ferrara, Esq.**, is appointed to represent Defendant-Appellant, ALBERTO ALLAN-SELVIN, Southern District of California number 08cr7008-H-1, Ninth Circuit number 08-50363.

2. The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, the attached docket sheet, and the attached order *immediately* to **Jami L. Ferrara, Esq., 964 Fifth Avenue Ste 335 San Diego, CA 92101.** Counsel's telephone number is **(619) 239-4344**.

///

3. The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: September 8, 2008

LOUISA S PORTER
United States Magistrate Judge
Southern District of California

cc: All parties
Ninth Circuit Court of Appeals
District Judge
CRD Preparing Vouchers